FILED
U.S. District Court
District of Kansas
NOV 16 2026
Clerk, U.S. District Court
By ______ Deputy Clerk

# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 26-6285-01-GEB

**PRINCE BHARATBHAI PATEL,**

**Defendant.**

---

# CRIMINAL COMPLAINT

---

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT 1

**INTERFERENCE WITH COMMERCE BY EXTORTION**
**[18 U.S.C. § 1951]**

From at least as early as October 14, 2026, and continuing to on or about November 14, 2026, in the District of Kansas and elsewhere, the defendant,

**PRINCE BHARATBHAI PATEL,**

and others known and unknown, did conspire to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by extortion, as defined in Title 18, United States Code, Section 1951, that is the defendant conspired to obtain and

attempted to obtain the property of A.A., with his consent induced by wrongful use of actual and threatened fear, including fear of economic loss and criminal prosecution.

In violation of Title 18, United States Code, Section 1951(a) and Title 18, United States Code, Section 2.

## COUNT 2

**WIRE FRAUD**
**[18 U.S.C. § 1343]**

From at least as early as October 14, 2026, and continuing to on or about November 14, 2026, in the District of Kansas and elsewhere, the defendant,

**PRINCE BHARATBHAI PATEL,**

and others known and unknown, devised and intended to devise a scheme and artifice to defraud another to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute the scheme and artifice, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, any writings, signs, signals, pictures, and sounds.

In violation of Title 18, United States Code, Section 1343 and Title 18, United States Code, Section 2.

I further state that I am a Special Agent with the Federal Bureau of Investigation (FBI), and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein, and offered in support of a finding that probable cause exists to believe the

defendant, **PRINCE BHARATBHAI PATEL**, committed the offenses set forth in this Complaint.

TRAVIS COLEMAN
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 16th day of November, 2026 at 10:59 a.m.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, **PRINCE BHARATBHAI PATEL**, committed the offenses set forth in this Complaint.

GWYNNE E. BIRZER
United States Magistrate Judge
District of Kansas

# PENALTIES

**Count 1: Interference with Commerce by Threat [18 U.S.C. § 1951]**

- Punishable by a term of imprisonment of not more than twenty (20) years. 18 U.S.C. § 1951.
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3). In the alternative, the defendant may be fined not more than the greater of twice the gross gain or twice the gross loss. 18 U.S.C. § 3571(d).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

**Count 2: Wire Fraud [18 U.S.C. § 1343]**

- Punishable by a term of imprisonment of not more than twenty (20) years. 18 U.S.C. § 1343.
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.