# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Travis Coleman, Special Agent of the Federal Bureau of Investigation, state the following:

## INTRODUCTION

1. This Affidavit is being offered in support of an Application for Criminal Complaint for **PRINCE BHARATBHAI PATEL** (Patel), an Indian male, date of birth XX/XX/2004, for violation of Title 18, U.S.C. § 1951, Interference with Commerce by Extortion and Title 18, United States Code § 1343, Wire Fraud. I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the Kansas City Field Division, Wichita Resident Agency since February 2022. Prior to joining the FBI I was a police officer with the Jackson, Tennessee Police Department for five years.

2. The statements contained in this affidavit are based on information known to me as a result of my participation in this investigation or on information provided to me by witnesses or other law enforcement personnel involved in this investigation. The statements are also based upon the collective experience of other law enforcement personnel involved in this investigation and on my own training and experience. This affidavit does not contain all of the information that has been gathered as part of this investigation.

## PROBABLE CAUSE

3. On October 14, 2026, Alex Ammar (Ammar) received a text message that appeared to be from Apple stating his identity had been stolen, and he needed to contact "Jeffrey Cooper" (Cooper) at 866-993-1675. Ammar spoke with Cooper who advised him his identity had been stolen and was being used to launder money. Cooper told Ammar there was the possibility he could be charged with money laundering and that Ammar should cooperate with him to avoid

Ammar being charged with crimes. Ammar was then told to contact "Christopher Taylor" (Taylor) at 571-237-6796 who Ammar was told was a senior investigator with the United States Marshals Service. Taylor told Ammar that he was likely a victim of identity theft, and he wanted to assist in proving his innocence.

4. Taylor would call and text Ammar multiple times a day to check in and ask him about his finances. On occasion, Taylor would communicate with Ammar using the sinch voice number, 209-659-2515 which is headquartered in Sweden and does not have servers in the state of Kansas. Ammar believed Taylor had access to all of his financial accounts. Ammar was told if he sent money to Taylor it would prove his innocence, protect his money, and that they could take his prints off any gold he sent them to show that it was truly Ammar sending the gold. Ammar was told he could not tell anyone about their conversations as it was confidential. Ammar believed that if he did not cooperate with the instructions provided to him by Taylor it was possible he could lose assets and be charged with money laundering or additional criminal offenses.

5. On October 16, 2026, Ammar was told to transfer $487,000 from his Charles Schwab account and $786,000 from his Arkadios account located in Scottsdale, Arizona, to an Intrust Bank account. Ammar was then told to withdraw $13,460 from the Intrust account and $9,250 from his Wells Fargo account and send the money via Bitcoin to a provided QR code. Ammar was only able to send $1,000 via Bitcoin as he had difficulties using the Bitcoin ATM and it would only let him send $1,000 at a time.

6. On October 19, 2026, Ammar was told to purchase $440,000 of 24K gold coins. Ammar placed the order and received two of the three boxes of gold coins on October 21, 2026. On October 21, 2026, Ammar was advised to take photos of the gold and leftover cash that he

had withdrawn and then seal it up in a box and an agent would come pick it up from him. Ammar took the photos and sent them to Taylor and on October 21, 2026, at approximately 12:00 p.m. he met with a male in a white four door sedan in the parking lot of McDonald's located at 545 N. Hillside Street, Wichita, Kansas. The man identified himself as a private investigator named "Jack" and provided the code word of 1998 and took the gold and left. Ammar advised he was on the phone with Taylor the entirety of the meeting and was being given step-by-step instructions.

7. On October 27, 2026, Ammar was told to order $334,200 worth of 24K gold coins. Ammar purchased the gold coins from OG Gold and Silver in Oak Grove, Missouri. On October 27, 2026, the coins were delivered. On October 29, 2026, the third box from the first order of gold coins was delivered. Ammar took photos of all the coins and sent photos to Taylor as proof that he had the gold coins. On October 29, 2026, at approximately 11:00 a.m. Ammar is seen on surveillance video exiting Chester's Chophouse located at 1550 N. Webb Road, Wichita, Kansas, on the phone with Taylor. A white Hyundai Sonata is then seen pulling up behind him. Ammar advised it was the same vehicle and individual he met with on the first meet. The individual provided the code word and Ammar gave him the gold coins and the vehicle left the area.

8. On October 31, 2026, Taylor told Ammar to purchase $229,700 worth of gold bars. On November 2, 2026, Ammar ordered 50 - one ounce gold bars and one - five-ounce gold bar totaling $229,700.

9. On November 4, 2026, Ammar spoke with a coworker and realized he had likely been involved in a scam and reported the incident to the FBI. However, Ammar was able to continue communicating with Taylor. On November 5, 2026, Ammar received a text from Taylor containing AI generated photos of a man standing in a vault surrounded by safety deposit boxes

and holding what were supposedly the gold bars Ammar had sent him. The text also contained fingerprint analysis reports from the Kansas Forensic Division which identified Ammar's fingerprints on the gold coins.

10. On November 9, 2026, Ammar sent photos of the gold bars he had received to Taylor and sent him a photo of a sealed box. From November 9, 2026, to November 13, 2026, Taylor remained in contact with Ammar and attempted to get Ammar to transfer $2,000,000 into his Intrust Bank account.

11. On November 14, 2026, Taylor told Ammar that a slot was open at the federal reserve and he had an agent available in Wichita to pick up the gold bars. At approximately 1:00 p.m. Ammar was contacted by Taylor and told to drive to the AMC Northrock 14 movie theatre located at 3151 N. Penstemon Street, Wichita, Kansas. Ammar was told to stay on the line with Taylor for the entirety of the meet. At this point Ammar had a recording device on him, provided by the FBI, that sent out a live feed to FBI Special Agents, Task Force Officers, and Sedgwick County Deputies who were conducting physical surveillance in the area. Ammar drove to the area of the meet and parked in the parking lot of 8110 E. 32nd St North, Wichita, Kansas. While listening to the live feed it was clear to the investigators Taylor was coordinating the deal between Ammar and the individual that was going to be meeting with Ammar.

12. At approximately 2:00 p.m., a black Honda Accord without a license plate parked near Ammar's vehicle. Ammar was told by Taylor to exit his vehicle and deliver the sealed package to the black sedan. The individual provided the code word to Ammar and he was given the sealed package. The black Honda Accord was surveilled driving away from the meet and a marked Sedgwick County patrol vehicle attempted a traffic stop in the parking lot of Meineke Car Care Center located at 3430 N. Woodlawn Blvd, Wichita, Kansas. The black Honda Accord

did not stop and accelerated through the parking lot. The parking lot was a dead end and the driver exited the vehicle and fled on foot. He was taken into custody shortly thereafter. The driver was identified as **PRINCE BHARATBHAI PATEL**, DOB XX/XX/2004 from Richmond, Virginia. Taylor advised Ammar the person who was coming to meet him on November 14 to pick up gold, later identified as PATEL, was flying to Kansas to meet with him.

13. The package that Ammar delivered to the black Honda Accord was sitting in plain view on the passenger seat of the vehicle. The black Honda Accord and PATEL's phone were seized pending the issuance of search warrants. Investigators have learned that Taylor would communicate with PATEL, in part, through the use of WhatsApp. WhatsApp is located in California and has no servers located in Kansas which means all communications PATEL received via WhatsApp from Taylor while PATEL was located in Kansas would have traveled in interstate commerce. PATEL was advised of his rights, and he declined to speak with Agents without a lawyer present.

14. PATEL's vehicle was a black 2025 Honda Accord with no displayed license plate and a listed vehicle identification number of 1HGCY2F52SA029079. Lexis Nexis Accurint shows this vehicle returns to Quincy Dermaine Keaton with a listed address of 208 Cloverleaf Circle Bainbridge, GA 39817. It is believed this vehicle will contain evidence of the fraud scheme with which PATEL was assisting. This vehicle was seized and towed to a secure Sedgwick County Sheriff's Office lot for storage pending the issuance of a search warrant.

15. PATEL's cellular telephone was seized off his person at the time of his arrest. The phone was receiving constant calls and texts from different WhatsApp numbers for hours after his arrest. It is believed this phone was in direct communication with Taylor to coordinate the pick up of gold from Ammar. PATEL's phone was a Samsung Galaxy smart phone that is being

stored in the FBI Wichita Resident Agency evidence control room pending the issuance of a search warrant.

16. Ammar purchased gold and transferred money which he provided to members of this conspiracy because he believed the threats that had been told to him by members of the conspiracy. He was convinced that if he failed to follow their instructions he could lose his assets and other savings and could also be charged with money laundering or other crimes.

FURTHER AFFIANT SAYETH NAUHGHT.

TRAVIS COLEMAN
Special Agent
Federal Bureau of Investigation

SUBSCRIBED TO AND SWORN before me this 16th day of November, 2026.

GWYNNE E. BIRZER
United States Magistrate Judge
District of Kansas